IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | **Criminal Case No.** |
| THOMAS PACE | ) | **1:14-CR-26-AT** |

## APPLICATION FOR LEAVE OF ABSENCE

COMES NOW undersigned counsel, W. Sander Callahan, and respectfully provides notice that he will be unavailable for court appearances in this matter on the following dates:

May 21-23, 2014, for personal/family matters;

and further respectfully requests that the Court not schedule any court appearances in this matter for these dates. Counsel believes that there are no conflicts already scheduled during this period of time.

This 12th day of May, 2014.

*W. Sander Callahan*
W. Sander Callahan, GA #104856
Callahan Law P.C.
Counsel for Pace

Callahan Law P.C.
P.O. Box 4327
Atlanta, Georgia 30302
404.692.3902
callahan.law@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | **Criminal Case No.** |
| THOMAS PACE | ) | **1:14-CR-26-AT** |

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed with the Clerk of Court by CM/ECF the within and foregoing pleading:

*Application for Leave of Absence*

thereby causing automatic notification via email to all counsel of record.

This 12th day of May, 2014.

                                                  *W. Sander Callahan*
                                                W. Sander Callahan, GA #104856
                                                Callahan Law P.C.
                                                Counsel for Pace

Callahan Law P.C.
P.O. Box 4327
Atlanta, Georgia 30302
404.692.3902
callahan.law@gmail.com