IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **Criminal Case No.** |
| | ) | **1:14-CR-26-AT** |
| THOMAS PACE | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW Undersigned Counsel for the Defendant, THOMAS PACE, and respectfully moves this Court to withdraw from further representation of Mr. Pace, and for appointment of CJA counsel, and in support shows as follows:

**1**. Undersigned Counsel entered his appearance on behalf of Mr. Thomas Pace on March 18, 2014. R25. Mr. Pace had previously been represented by other counsel. This matter began in 2013.

**2**. Undersigned Counsel has just recently accepted an offer to be a Federal Administrative Law Judge, with a report date of January 25, 2015.

**3**. Undersigned Counsel will be prohibited thereafter from any other outside employment.

**4**. Therefore, Counsel moves to withdraw from further representation of Mr. Pace in this matter.

**5**. Counsel further moves this court to appoint CJA counsel for the Defendant, Thomas Pace. Counsel believes that Mr. Pace will now qualify for representation pursuant to the CJA Act. This Court has also previously appointed Fenn Little, Esq., a CJA Panel Attorney, to represent Mr. Pace on a collateral matter. On behalf of Mr. Pace, Counsel therefore requests the appointment of Fenn Little to represent Mr. Pace. Attorney Little is familiar with this complex case and has previously met with Mr. Pace. Counsel has spoken with Attorney Fenn Little, who concurs in this request.

**6**. Counsel has also spoken with Mr. Pace, who has no objection to the appointment of CJA counsel.

**7**. Mr. Pace is currently awaiting his sentencing, which is being continued for some period of months in conjunction with another, related case.

This 21st day of January, 2015.

*W. Sander Callahan*
W. Sander Callahan, GA #104856
Callahan Law P.C.
Counsel for Thomas Pace

Callahan Law P.C.
P.O. Box 4327
Atlanta, Georgia 30302
404.692.3902
callahan.law@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | **Criminal Case No.** |
| | ) | **1:14-CR-26-AT** |
| THOMAS PACE | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this date I electronically filed with the Clerk of Court by CM/ECF the within and foregoing pleading:

*Motion to Withdraw as Attorney*

Thereby causing automatic notification via email to all counsel of record.

This 21st day of January, 2015.

*W. Sander Callahan*
W. Sander Callahan, GA #104856
Callahan Law P.C.
Counsel for Thomas Pace

Callahan Law P.C.
P.O. Box 4327
Atlanta, Georgia 30302
404.692.3902
callahan.law@gmail.com